UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHEN B. DRAGANI,

    Petitioner,

v.                                              CASE NO. 6:04-cv-919-Orl-31DAB

V. R. BRYANT, et al.,

    Respondents.

**ORDER**

This case is before the Court on the following motions:

1.    Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 21, filed February 24, 2006) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $255.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2.    Petitioner's Request for a Certificate of Appealability (Doc. No. 20, filed February 24, 2006) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

3.    Petitioner's Motion for Evidentiary Hearing (Doc. No. 18, filed February 24, 2006) and Motion for Appointment of Counsel (Doc. No. 17, filed February 24, 2006) are **DENIED**.

**DONE AND ORDERED** at Orlando, Florida, this 28th day of February, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
sa 2/27
Counsel of Record
Stephen B. Dragani